**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:05CR057** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Judge John M. Manos** |
| | ) | |
| **JOHN HALAS,** | ) | |
| | ) | |
| **Defendant.** | ) | **ORDER** |

Pursuant to the Memorandum of Opinion issued in the above-captioned case this date, the Defendant's Motion to Modify Bond (Docket No. 12) is **DENIED**. The pretrial detention order shall remain in effect.

**IT IS SO ORDERED**

Date: May 18, 2005        /s/ *John M. Manos*
                          **UNITED STATES DISTRICT JUDGE**